UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
JACK PHILLIPPS, Individually and on Behalf :
of All Others Similarly Situated, :
:
Plaintiff, :
:
vs. :  No. 19 Civ. 1927 (PGG) (KHP)
:
MAXWELL TECHNOLOGIES, INC., STEVE :
BILODEAU, RICHARD BERGMAN, JORG :
BUCHHEIM, FRANZ J. FINK, BURKHARD :
GOESCHEL, ILYA GOLUBOVICH, and :
JOHN MUTCH, :
:
Defendants. :
:
------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER STAYING ACTION

Subject to the approval of the Court, plaintiff Jack Phillipps and defendants Maxwell Technologies, Inc., Steve Bilodeau, Richard Bergman, Jorg Buchheim, Franz J. Fink, Burkhard Goeschel, Ilya Golubovich, and John Mutch, by their undersigned counsel, stipulate and agree as follows:

WHEREAS, on February 28, 2019, plaintiff Jack Phillipps filed his Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") in the above-captioned action (the "Action") alleging violations of Sections 14 and 20 of the Securities Exchange Act of 1934, in connection with the proposed acquisition of Maxwell by Tesla, Inc. [Dkt No. 1];

WHEREAS, pursuant to Stipulation and Order Extending Time entered by the Court on May 23, 2019 [Dkt. No. 9], the deadline for all defendants to answer, move, or otherwise respond to the Complaint is currently June 28, 2019;

WHEREAS, substantially similar class actions have been filed in the Federal District Court for the Southern District of California, also alleging violations of Sections 14 and 20 of the Securities Exchange Act of 1934, in connection with the proposed acquisition of Maxwell by Tesla, Inc. against Defendants, styled *Leggett v. Maxwell Technologies, Inc., et al.*, Case No. 3:19-cv-00377, *Mantak v. Maxwell Technologies, Inc., et al.*, Case No. 3:19-cv-00451, and *Duffy v. Maxwell Technologies, Inc., et al.*, Case No. 3:19-cv-01094 (the "Duffy Action");

WHEREAS, under the Securities Exchange Act of 1934 (as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA")), a court must appoint "the most adequate plaintiff" as a "lead plaintiff" or "lead plaintiffs" to represent the class ("Lead Plaintiff");

WHEREAS, on June 13, 2019, plaintiff James Duffy in the Duffy Action provided notice to members of the purported plaintiff class as required by the PSLRA, setting a deadline to move for Lead Plaintiff by August 12, 2019 in the Southern District of California;

WHEREAS, in light of the foregoing, the Parties have met and conferred and agreed that all deadlines in the present action should be stayed pending the outcome of the Lead Plaintiff motions in the substantially similar actions in the Southern District of California, without prejudice to either party's ability to file a motion to lift the stay;

WHEREAS, this stay is without prejudice to Plaintiff's ability to file a motion seeking an award of attorneys' fees in connection with pre-merger supplemental disclosures, and the Parties have agreed that, in the event Defendants engage in any mediation with other plaintiffs regarding mootness fees for pre-merger supplemental disclosures, Defendants will inform Plaintiff and invite Plaintiff to participate;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1.      The action is stayed pending the outcome of the Lead Plaintiff motions in the substantially similar actions in the Southern District of California, without prejudice to either party's ability to file a motion to lift the stay;

2.      This stay is without prejudice to Plaintiff's ability to file a motion seeking an award of attorneys' fees in connection with pre-merger supplemental disclosures;

3.      In the event Defendants engage in any mediation with other plaintiffs regarding mootness fees for pre-merger supplemental disclosures, Defendants will inform Plaintiff and invite Plaintiff to participate in said mediation; and

4.      This stipulation is without prejudice to all rights and defenses of any of the defendants in responding to the Complaint.

Dated: New York, New York
       June 25, 2019

LIFSHITZ & MILLER LLP

By: /s/ Josh L. Fshitz (by AW w/ permission)
    Joshua M. Lifshitz
    jml@jlclasslaw.com

821 Franklin Avenue, Suite 209
Garden City, New York 11530
Tel.: (516) 493-9780
Fax: (516) 280-7376
Attorneys for Plaintiff

*(Additional signatures on next page)*

3

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: _____
David J. Berger
dberger@wsgr.com

650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

Attorneys for Defendants

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

June 26, 2019

4